# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS SCHULCZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ROCKET MORTGAGE, LLC,<br><br>    Defendant. | Case No. 1:24-cv-00189-SAB<br><br>ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 9) |

On July 18, 2024, the parties filed a stipulation to continue the August 8, 2024 scheduling conference as they have entered into settlement negotiations. (ECF No. 9.) The Court finds that good cause exists to continue the currently scheduled conference.

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, the mandatory scheduling conference is CONTINUED from August 8, 2024, to **October 1, 2024, at 3:00 p.m.** in Courtroom 9. The parties shall file a joint scheduling report at least **seven (7) calendar days** prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated:   **July 18, 2024**

_____
UNITED STATES MAGISTRATE JUDGE