# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS SCHULCZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROCKET MORTGAGE, LLC,<br><br>　　　　Defendant. | Case No.  1:24-cv-00189-SAB<br><br>ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 13) |

On September 24, 2024, the parties filed a stipulation to continue the October 1, 2024 scheduling conference to allow additional time to finalize settlement negotiations.  (ECF No. 13.) The Court finds that good cause exists to continue the currently scheduled conference.

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, the mandatory scheduling conference is CONTINUED from October 1, 2024, to **November 12, 2024, at 11:30 a.m.** in Courtroom 9.  The parties shall file a joint scheduling report at least **seven (7) calendar days** prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated:   **September 25, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE