# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS SCHULCZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ROCKET MORTGAGE, LLC, et al.,<br><br>    Defendants. | Case No. 1:24-cv-00189-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 29)<br><br>**MAY 1, 2025 DEADLINE** |

On April 9, 2025, the parties filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed. (ECF No. 29.)

Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents **no later than May 1, 2025**. L.R. 160(b). Any request for an extension shall be supported by good cause. Id.

IT IS SO ORDERED.

Dated:   **April 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge